| | | |
|---|---|---|
| | AUSA: Paul Kuebler | Telephone: (313) 226-9641 |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: Eric M. Smigielski | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
для the
Eastern District of Michigan

United States of America
v.
Darrell Anthony Ward

Case No. Case: 2:21–mj–30508
Assigned To : Unassigned
Assign. Date : 10/28/2021
CMP: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 11, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm having travelled in interstate commerce |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer Eric M. Smigielski, A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 28, 2021

*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric M Smigielski, being duly sworn, do hereby state the following:

### I. INTRODUCTION

1. I am Detroit Police Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Detroit Police Officer since September 2001 and assigned to the ATF since October 2016. I have been involved in numerous investigations of firearms as well as numerous criminal prosecutions.

2. The statements contained in this affidavit are based on my review of written police reports by Detroit Police Officers, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter. This affidavit does not provide every detail known to law enforcement about this investigation.

3. This affidavit provides information necessary to establish probable cause that Darrell Anthony WARD (DOB XX/XX/1983) has violated 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

## II. PROBABLE CAUSE

4. On October 11, 2021, at approximately 5:02 AM., Detroit Police Officers were on patrol around Gratiot Avenue and Russell Street and observed WARD walking across the street from 1400 Gratiot holding a black handgun in his left hand. Upon WARD seeing the police, WARD then placed the black handgun into his left side cargo pants pocket.

5. Officers exited the scout car and attempted to contact WARD. WARD disregarded commands by officers and began walking from officers, disregarding officers command to stop. WARD then began running away from officers who observed WARD holding his left pocket. Officers began to pursue on foot and observed WARD reach into his left pocket, once they entered a parking lot, and run behind a building at 1345 Gratiot where the officers lost sight of WARD.

6. As the officers were clearing the corner around the back of the building, they heard a loud noise followed by a skipping sound like metal impacting a hard surface. Once officers cleared the corner and began entering the area behind the building, they heard WARD climbing the front fence. The officers then reversed course and exited

the parking lot at the front from where they initially entered and observed WARD running southbound on the sidewalk along Gratiot. Upon further commands to stop, WARD complied and was taken into custody. During the chase, officers did not observe any other persons in the 1345 Gratiot parking lot or sidewalk along Gratiot where WARD was apprehended.

7. While officers placed handcuffs on WARD, he stated, "Just kill me!"

8. Officers began to canvass the area for the handgun they believed WARD threw and located the handgun in a parking lot behind the location of 1345 Gratiot. The officers recovered and unloaded a black 40 caliber Smith and Wesson M&P 40 Shield handgun.

9. A criminal history check was conducted on WARD which revealed that he had the following prior felony convictions:

    a. May 9, 2007 – attempt felony weapons carrying concealed, 3rd Circuit Court, Wayne County; and

    b. May 14, 2007 – felony weapons, firearm possession by felon; felony weapons, 3rd Circuit Court, Wayne County; and

c.  November 29, 2017 – possession with intent of cocaine; felon in possession of firearm, U.S. District Court, Eastern District of Michigan.

10. Based on my training and experience, WARD fleeing from officers while possessing a handgun, WARD's statement made while he was being handcuffed, and WARD's most recent felony conviction (2017), probable cause exists that WARD knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

11. On October 15, 2021, Special Agent Nathan Triezenberg advised me, based upon the verbal descriptions provided, without physically examining the firearm, that the above referenced firearm is a firearm as defined under 18 U.S.C. § 921, was manufactured outside of the state of Michigan after 1989, and therefore had traveled in and affected interstate commerce.

## III. CONCLUSION

12. Probable cause exists that Darrell Anthony WARD, a convicted felon, and knowing that he was a convicted felon, was in possession of the above-described firearm, said firearm having travelled in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

_____
Eric M Smigielski
Task Force Officer, ATF

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE